**Barbara A. LUCAS, Claimant–Appellee,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellant.**

**No. 03–7128.**

United States Court of Appeals, Federal Circuit.

May 6, 2004.

Martin F. Hockey, Jr., Principal Attorney, Michael N. Cohen, of Counsel, Washington, DC, for Respondent–Appellant.

Barbara A. Lucas, of Counsel, Denver, CO, for Claimant–Appellee.

Before SCHALL, GAJARSA, and PROST, Circuit Judges.

---

* Before filing the motion to vacate and remand, the Secretary sought a continuance of the stay in the above appeal, which Lucas

SCHALL, Circuit Judge.

*ORDER*

The Secretary of Veterans Affairs moves to vacate the Court of Appeals for Veterans Claims' decision in *Lucas v. Principi*, 01–1654 (February 26, 2003), and have the case remanded for further proceedings consistent with this court's decision in *Conway v. Principi*, 353 F.3d 1369 (Fed. Cir.2004).* Barbara A. Lucas opposes. The Secretary replies.

To the extent the Secretary requests remand for consideration of additional issues not related to *Conway*, the court makes no ruling. These issues may be raised before the Court of Appeals for Veterans Claims on remand.

Upon consideration thereof,

IT IS ORDERED THAT:

The Secretary's motions to vacate and remand are granted.

opposed. The motion to continue the stay is granted.